MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY R. FINIGAN (CABN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

**FILED**
JUL 22 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JAMES STANLEY WARD, EDWARD GEORGE LOCKER, RICHARD FERGUSON TIPTON, and DAVID CHING HSIU LIN, <br> Defendants. | No. CR 11-0393 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING APPEARANCE** |

Defendant DAVID CHING HSIU LIN ("LIN") was scheduled to make his initial appearance in this matter before this Court on July 21, 2011. LIN failed to appear and the Court has executed an arrest warrant for LIN. The arrest warrant has been stayed. LIN's counsel, Charles Smith, represents that LIN was served with a summons for LIN's appearance on July 21, 2011. Mr. Smith further represents that LIN is aware of the arrest warrant and that the next court

STIPULATION TO CONTINUE HEARING
CR 11-0393 WHA

1  date for the other defendants named herein is August 9, 2011. Mr. Smith further represents that
2  LIN will appear as set forth herein on August 9, 2011. Accordingly, the parties agree and request
3  that this matter with respect to LIN be continued to Tuesday, August 9, 2011, at 9:30 a.m. before
4  the Hon. Nathaniel Cousins, and again on Tuesday, August 9, 2011, at 2:00 p.m. before the Hon.
5  William Alsup.

7  DATED:   July 22, 2011          /s/
8                                  CHARLES SMITH
                                   Counsel for Defendant

10 DATED:   July 22, 2011          /s/
11                                 JEFFREY FINIGAN
                                   Assistant U.S. Attorney

14                                 **ORDER**

16     Based upon the Stipulation by the parties and for good cause shown, IT IS HEREBY
17 ORDERED that this matter with respect to defendant LIN is continued to Tuesday, August 9,
18 2011, at 9:30 a.m. before the Hon. Nathaniel Cousins, and again on Tuesday, August 9, 2011, at
19 2:00 p.m. before the Hon. William Alsup. The Court further ORDERS that the arrest warrant for
20 LIN is hereby stayed until August 9, 2011, pending LIN's appearances on that date and the
21 outcome of those proceedings.

23 DATED: 7/22/11
24                                 TIMOTHY BOMMER
                                   United States Magistrate Court Judge

STIPULATION TO CONTINUE HEARING
CR 11-0393 WHA                     2