MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS  (CABN 168362)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7200
Fax:  (415) 436-7234
E-Mail:  Thomas.Stevens@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR-11-0393 WHA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER RE:  SPEEDY TRIAL ACT |
| v. | ) | |
| DAVID C.H. LIN, | ) | |
| Defendant. | ) | |

The above-captioned matter came before the Court on December 6, 2011.  Defendant was represented by Charles Smith.  The Court set the case for trial to commence April 2, 2012.

During the December 6 hearing, the Court made findings that the time from and including December 6, 2011, through and including April 2, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the best interest of the public and defendant in a speedy trial.  The findings were based upon the need for the defendant and the government to have reasonable time necessary for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

**STIPULATION AND [PROPOSED] ORDER RE:  STA**
CR-11-0393 WHA

1 | The parties hereby agree, and request, that the exclusion of time described above, be
2 | granted.  The parties agree and stipulate that the additional time is appropriate and necessary
3 | under Title 18, United States Code, § 3161(h)(7)(A), because the needs of justice served by the
4 | continuance outweighs the best interest of the public and the defendant in a speedy trial.  This
5 | time exclusion will allow counsel for the defendant and the government effectively to prepare,
6 | taking into account the exercise of due diligence.

Dated:  December 9, 2011

/s/
CHARLES SMITH
Counsel for David Lin

Dated:  December 9, 2011

/s/
THOMAS E. STEVENS
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  December 12, 2011.

William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE:  STA
CR-11-0393 WHA                           2