1             IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5  UNITED STATES OF AMERICA,

6              Plaintiff,          NO. CR 11-0393 TEH

7           v.             <u>ORDER REGARDING</u>

8  DAVID LIN,            <u>RESPONSE TO MOTION IN</u>
<u>LIMINE</u>

9            Defendant.

10

11      The Court is in receipt of a fourth motion *in limine* from the United States, which

12  seeks to exclude evidence of a prior conviction sustained by one of the witnesses for the

13  prosecution in this matter.  Trial being set to begin on Tuesday, May 1, 2012, the Court

14  hereby ORDERS Defendant Lin to file his response to this motion **by noon on Monday,**

15  **April 30, 2012**, in order that the Court may make a timely ruling on this motion.

16

17  **IT IS SO ORDERED.**

18

19  Dated: 4/26/12

20                  THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28