1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   THOMAS E. STEVENS (CABN 168362)
    Assistant United States Attorney
5
        450 Golden Gate Avenue
6       San Francisco, California  94102
        Telephone:  (415) 436-7232
7       Facsimile:  (415) 436-7234
        Email:  Thomas.Stevens@usdoj.gov
8
9   Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR 11-00393 TEH
                                       )
15              Plaintiff,             )
                                       )   **STIPULATION AND [~~PROPOSED~~]**
16       v.                            )   **ORDER CONTINUING SENTENCING**
                                       )   **DATES**
17  JAMES STANLEY WARD,                )
    EDWARD GEORGE LOCKER,              )
18  RICHARD FERGUSON TIPTON, and       )   IT IS SO ORDERED AS MODIFIED
    DAVID CHING HSIU LIN,              )
19                                     )
                                       )
20              Defendants.            )
                                       )
21  _____)

22

23          The United States of America, through the United States Attorney for the Northern District

24  of California, defendant James S. Ward ("Ward"), through his counsel Geoffrey Hansen,

25  defendant Edward G. Locker ("Locker"), through his counsel Anthony Brass, defendant Richard

26  F. Tipton ("Tipton"), through his counsel Lidia Stiglich, and defendant David C.H. Lin ("Lin"),

27  through his counsel Charles Smith, hereby stipulate and agree as follows:

28

    STIPULATION TO CONTINUE SENTENCING DATES
    CR 11-00393 TEH

1    1.    WHEREAS, this Court set defendant Lin's sentencing date for August 20, 2012;

2    2.    WHEREAS, this Court set July 23, 2012, as the sentencing date for defendants

3    Ward, Locker and Tipton;

4    3.    WHEREAS, the United States and defendants Locker and Tipton, who have

5    "cooperation" plea agreements and testified at Lin's trial, seek to set their sentencing hearings

6    after those of defendants Ward and Lin;

7    4.    NOW, THEREFOR, the parties respectfully request that the Court set the

8    following sentencing schedule:

9         A.    August 20, 2012:  sentencing hearings for defendants Ward and Lin.  The

10   parties' sentencing memoranda must be filed on or before August 13.

11        B.    September 10, 2012:  sentencing hearings for defendants Locker and

12   Tipton.  The parties' sentencing memoranda must be filed on or before August 31.

13

14   DATED:    June 22, 2012                    /s
15                                            ANTHONY BRASS
                                             Counsel for Defendant Locker
16

17   DATED:    June 22, 2012                    /s
18                                            LIDIA STIGLICH
                                             Counsel for Defendant Tipton
19

20   DATED:    June 22, 2012                    /s
21                                            GEOFFREY HANSEN
                                             Counsel for Defendant Ward
22

23   DATED:    June 22, 2012                    /s
24                                            CHARLES SMITH
                                             Counsel for Defendant Lin
25

26   DATED:    June 22, 2012                    /s
27                                            THOMAS E. STEVENS
                                             Assistant U.S. Attorney
28

1

**[~~PROPOSED~~] ORDER**

2

3          Based upon the Stipulation by the parties and for good cause shown, IT IS HEREBY

4    ORDERED that sentencing will proceed as follows:

5                  A.      <u>August 20, 2012</u>:  sentencing hearings for defendants Ward and Lin.  The

6    parties' sentencing memoranda must be filed on or before August ~~15~~ 8.

7                  B.      <u>September 10, 2012</u>:  sentencing hearings for defendants Locker and

8    Tipton.  The parties' sentencing memoranda must be filed on or before August 31.

9

10

11   DATED:      06/25/2012

12                                         THE _____
                                           United_____ Judge

13



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28