MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS (CABN 168362)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone:  (415) 436-7232
   Facsimile:  (415) 436-7234
   Email:  Thomas.Stevens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES STANLEY WARD,<br>EDWARD GEORGE LOCKER,<br>RICHARD FERGUSON TIPTON, and<br>DAVID CHING HSIU LIN,<br><br>        Defendants. | No. CR 11-00393 TEH<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER RE:  RESTITUTION**<br>**PROCEEDINGS** |

     The United States of America, through the United States Attorney for the Northern District of California, defendant James S. Ward ("Ward"), through his counsel Geoffrey Hansen, defendant Edward G. Locker ("Locker"), through his counsel Anthony Brass, defendant Richard F. Tipton ("Tipton"), through his counsel Lidia Stiglich, and defendant David C.H. Lin ("Lin"), through his counsel Charles Smith, hereby stipulate and agree as follows:

STIPULATION RE: RESTITUTION PROCEEDINGS
CR 11-00393 TEH

1. WHEREAS, this Court sentenced defendant Ward on August 20, 2012;

2. WHEREAS, this Court set September 10, 2012, as the sentencing date for defendants Locker, Tipton, and Lin;

3. WHEREAS, the United States has requested, pursuant to 18 U.S.C. § 3664(d)(5), that the Court determine restitution in a separate proceeding;

4. NOW, THEREFOR, the parties respectfully request that the Court set the following restitution schedule, in the event that they are unable to stipulate to restitution:

    A. <u>October 15, 2012</u>: government's brief, and any accompanying declaration(s), must be filed on or before this date.

    B. <u>October 22, 2012</u>: if any defendant desires to file a responsive brief and/or declaration(s), such materials must be filed on or before this date.

    C. <u>October 29, 2012</u>: the Court will hold a restitution hearing at 10:00 a.m. in Courtroom 2, 17th Floor.

DATED: August 23, 2012        /s/
ANTHONY BRASS
Counsel for Defendant Locker

DATED: August 23, 2012        /s/
LIDIA STIGLICH
Counsel for Defendant Tipton

DATED: August 23, 2012        /s/
GEOFFREY HANSEN
Counsel for Defendant Ward

DATED: August 23, 2012        /s/
CHARLES SMITH
Counsel for Defendant Lin

DATED: August 23, 2012        /s/
THOMAS E. STEVENS
Assistant U.S. Attorney

STIPULATION RE: RESTITUTION PROCEEDINGS
CR 11-00393 TEH                                      2

## [~~PROPOSED~~] ORDER

Based upon the Stipulation by the parties and for good cause shown, IT IS HEREBY ORDERED that, in the absence of a stipulation among all parties regarding restitution, the matter of restitution shall be resolved in accordance with the following schedule:

    A.    <u>October 15, 2012</u>:  government's brief, and any accompanying declaration(s), must be filed on or before this date.

    B.    <u>October 22, 2012</u>:  if any defendant desires to file responsive brief and/or declaration(s), such materials must be filed on or before this date.

    C.    <u>October 29, 2012:</u>  the Court will hold a restitution hearing at 10:00 a.m. in Courtroom 2, 17th Floor.

DATED: August  23 , 2012



STIPULATION RE:  RESTITUTION PROCEEDINGS
CR 11-00393 TEH                                         3