1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS E. STEVENS (CABN 168362)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California  94102
      Telephone:  (415) 436-7232
7     Facsimile:  (415) 436-7234
      Email:  Thomas.Stevens@usdoj.gov
8
9  Attorneys for Plaintiff

10                         UNITED STATES DISTRICT COURT
11                        NORTHERN DISTRICT OF CALIFORNIA
12                              SAN FRANCISCO DIVISION
13
14 | UNITED STATES OF AMERICA,            )   No. CR 11-00393 THE
                                          )
15 |         Plaintiff,                   )
                                          )   **STIPULATION AND [~~PROPOSED~~]**
16 |     v.                               )   **ORDER RE:  RESTITUTION**
                                          )   **PROCEEDINGS**
17 | JAMES STANLEY WARD,                  )
   | EDWARD GEORGE LOCKER,                )
18 | RICHARD FERGUSON TIPTON, and         )
   | DAVID CHING HSIU LIN,                )
19 |                                      )
   |                                      )
20 |         Defendants.                  )
   |                                      )
21 |_____)

22
       The United States of America, through the United States Attorney for the Northern District
23
   of California, defendant James S. Ward ("Ward"), through his counsel Geoffrey Hansen,
24
   defendant Edward G. Locker ("Locker"), through his counsel Anthony Brass, defendant Richard
25
   F. Tipton ("Tipton"), through his counsel Lidia Stiglich, and defendant David C.H. Lin ("Lin"),
26
   through his counsel Charles Smith, hereby stipulate and agree as follows:
27
       1.      WHEREAS, this Court sentenced the defendants as follows:  Ward on August 20,
28
   2012, Tipton and Lin on September 24, 2012, Locker on October 15, 2012;

STIPULATION RE: RESTITUTION PROCEEDINGS
CR 11-00393 TEH

2. WHEREAS, in connection with those sentencing proceedings, the United States has requested, pursuant to 18 U.S.C. § 3664(d)(5), that the Court determine restitution in a separate proceeding;

3. WHEREAS, by prior stipulation of the parties, the Court set a schedule for briefing and a hearing on restitution, the parties submitted briefing, and the hearing was to be held on October 29, 2012;

4. WHEREAS, the Court was unavailable to conduct the hearing on October 29;

5. WHEREAS, defendants Ward and Locker reside in Ohio, and the United States does not object to their request that the Court waive their personal appearance at a subsequent restitution hearing;

6. NOW, THEREFOR, the parties hereby stipulate and agree as follows:

A. 18 U.S.C. § 3664(d)(5) further provides that "the court shall set a date for the final determination of the victim's losses, not to exceed 90 days after sentencing."

B. In order to comply with the above-referenced statute, the parties seek an order of the Court, entered prior to the expiration of the 90-day cut-off date from the date of the earliest sentence imposed (*i.e.,* prior to November 20, 2012), that the Court will amend the judgments of each defendant to an include an order of restitution, leaving open only the amount to be ordered. *See Dolan v. United States,* 130 S. Ct. 2533 (2010).

C. The final restitution hearing shall be held on December 3, 2012, at 10:00 a.m. in Courtroom 2, 17th floor.

D. The United States does not object to the request of defendants Ward and Locker for an order waiving their personal appearance at the December 3, 2012, hearing.

DATED:   November 1, 2012             /s/
                                      ANTHONY BRASS
                                      Counsel for Defendant Locker


DATED:   October 30, 2012              /s/
                                      LIDIA STIGLICH
                                      Counsel for Defendant Tipton

STIPULATION RE: RESTITUTION PROCEEDINGS
CR 11-00393 TEH                           2

| | | |
|---|---|---|
| DATED: | October 30, 2012 | /s/<br>GEOFFREY HANSEN<br>Counsel for Defendant Ward |
| DATED: | October 30, 2012 | /s/<br>CHARLES SMITH<br>Counsel for Defendant Lin |
| DATED: | November 1, 2012 | /s/<br>THOMAS E. STEVENS<br>Assistant U.S. Attorney |

## [PROPOSED] ORDER

Based upon the Stipulation by the parties and for good cause shown, IT IS HEREBY ORDERED that the defendants are ordered to pay restitution, for which they are jointly and severally liable, in an amount to be finally determined at a restitution hearing to be held at 10:00 a.m. in Courtroom 2, 17th Floor, on Monday, December 3, 2012.  The Court waives the requirement that defendants Ward and Locker personally appear at this hearing.

DATED: November 5, 2012

_____
THELTON E. HENDERSON
United States District Judge

STIPULATION RE: RESTITUTION PROCEEDINGS
CR 11-00393 TEH                                    3